

December 8, 2025

**Janice S. Agresti**
Direct Phone  212-453-3978
Direct Fax     646-588-1558
jsuedagresti@cozen.com

**VIA ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Courtroom: 18A

**Re:    Noheli Sandoval Laya v. Harvard Maintenance Inc., et al.;**
**Docket No.: 1:24-cv-09615-ALC-SLC**

Dear Judge Cave:

My firm represents the Defendants in the above-referenced matter. I write to respectfully request that the Court reschedule the status conference currently set for December 10, 2025 because of an immovable conflict on my calendar (e.g.: a court hearing in another matter). This is our first request that the conference be rescheduled, and Plaintiff's counsel consents.

Thank you very much for your consideration.

Respectfully submitted,

Cozen O'Connor

*Janice S. Agresti*
By Janice S. Agresti


JSA:

<div style="border:1px solid black; padding:8px;">

Defendant's request at Dkt. No. 28 is GRANTED and the telephonic conference scheduled for December 10, 2025 is RESCHEDULED to **Monday, December 15, 2025 at 3:00 p.m. ET** on the Court's conference line.  The parties are directed to call:  1-855-244-8681; access code: 2308 226 4654# at the scheduled time.

The Clerk of the Court is respectfully directed to close Dkt. No. 28.

SO ORDERED   12/9/25

*Sarah Cave*
SARAH L. CAVE
United States Magistrate Judge

</div>