UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOHELI SANDOVAL LAYA,

                                    Plaintiff,

        -v-                                                      CIVIL ACTION NO.: 24 Civ. 9615 (ALC) (SLC)

                                                                                  **ORDER**

HARVARD MAINTENANE, INC., et al.,

                                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic status conference held today, December 15, 2025, the Court orders as follows:

1. A telephonic discovery status conference is scheduled for **Tuesday, January 14, 2026 at 10:00 a.m.**, on the Court's Webex platform.  The parties are directed to call:  1-855-244-8681; access code: 2308 226 4654# at the scheduled time.

2. The parties shall submit a joint letter of no more than 1,250 words by **Thursday, January 8, 2026** describing any issues ripe for the Court's attention at that time.

Dated:        New York, New York
                    December 15, 2025

                                                                    SO ORDERED.

                                                                    _____
                                                                    **SARAH L. CAVE**
                                                                    **United States Magistrate Judge**