UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOHELI SANDOVAL LAYA,

                    Plaintiff,

-v-

HARVARD MAINTENANE, INC., et al.,

                    Defendants.

CIVIL ACTION NO.: 24 Civ. 9615 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

To clarify an error in the Court's last scheduling order at Dkt. No. 30, the telephonic discovery status conference will take place **Tuesday, January 13, 2026 at 10:00 a.m.** on the Court's Webex platform. The parties are directed to call: 1-855-244-8681; access code: 2308 226 4654# at the scheduled time.

Dated:     New York, New York
            January 2, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**