UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOHELI SANDOVAL LAYA,

                        Plaintiff,

        -v-                                        CIVIL ACTION NO.: 24 Civ. 9615 (ALC) (SLC)

                                                                    **ORDER**

HARVARD MAINTENANE, INC., <u>et</u> <u>al.</u>,

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        Pursuant to the discussion during the telephonic status conference held today, January 13, 2026, a telephonic discovery status conference is scheduled for **Tuesday, March 10, 2026 at 3:00 p.m. ET**, on the Court's Webex platform.  The parties are directed to call:  1-855-244-8681; access code: 2308 226 4654# at the scheduled time.

Dated:        New York, New York
              January 13, 2026

                                                SO ORDERED.

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**