UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOHELI SANDOVAL LAYA,

                    Plaintiff,

        -v-                                              CIVIL ACTION NO.: 24 Civ. 9615 (ALC) (SLC)

                                                         **ORDER**

HARVARD MAINTENANE, INC., <u>et</u> <u>al.</u>,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Based on a change in the Court's calendar, the telephonic discovery status conference scheduled for March 10, 2026 at 3:00 p.m. is RESCHEDULED to **Monday, March 9, 2026 at 12:30 p.m. ET** on the Court's Webex platform.  The parties are directed to call:  1-855-244-8681; access code: 2308 226 4654# at the scheduled time.

Dated:      New York, New York
            February 2, 2026

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**