UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOHELI SANDOVAL LAYA,

Plaintiff,

-v-

CIVIL ACTION NO.: 24 Civ. 9615 (ALC) (SLC)

HARVARD MAINTENANE, INC., et al.,

**ORDER**

Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic status conference held today, March 9, 2026, the parties are ORDERED to submit a joint letter by **Monday, March 16, 2026** informing the Court of the mediation date and whether the parties request an extension of the discovery deadlines.

Dated:      New York, New York
            March 9, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**