UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOHELI SANDOVAL LAYA,

                    Plaintiff,

   -v-

HARVARD MAINTENANCE, INC., et al.,

                    Defendants.

CIVIL ACTION NO.: 24 Civ. 9615 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has received an email from the New York Center for Children ("NYCC") requesting to produce to the Court Plaintiff's medical and mental health treatment file. (Exhibit A). The request is DENIED. By **Monday, March 16, 2026,** NYCC shall produce Plaintiff's complete medical and mental health treatment file directly to Defendants at the address of Defendants' counsel provided on the subpoena. (See Dkt. No. 36 at 1, 4).

Defendants are ORDERED to promptly serve a copy of this Order and Exhibit A on NYCC.

Dated:      New York, New York
             March 9, 2026

                                SO ORDERED.

                                **SARAH L. CAVE**
                                **United States Magistrate Judge**

# EXHIBIT A

| **From:** | Christine Crowther |
| **To:** | Cave NYSD Chambers |
| **Subject:** | Re: Docket No: 1-:24 -cv-09615-ALC |
| **Date:** | Monday, March 9, 2026 12:35:30 PM |
| **Attachments:** | image001.png |

**CAUTION - EXTERNAL:**

Dear Chambers of Judge Sarah L. Cave:

We received the court order dated February 13 to produce the complete medical and mental health treatment file regarding Docket No: 1-:24 -cv-09615-ALC.

We would like to send these records directly to your office at the address below by the requested date of March 16 (as we did with our previous letter).

Please confirm that it is acceptable for us to send the records to Judge Cave's chambers.

Many thanks for your assistance,

Christine Crowther
Executive Director
The New York Center for Children