UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOHELI SANDOVAL LAYA,

                        Plaintiff,

        -v-                                          CIVIL ACTION NO.: 24 Civ. 9615 (ALC) (SLC)

                                                                         **ORDER**
HARVARD MAINTENANE, INC., et al.,

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On March 9, 2026, the Court ordered the parties to submit a joint letter by March 16, 2026 informing the Court of the mediation date and whether the parties request an extension of the discovery deadlines (the "Letter"). (Dkt. No. 37). On March 16, 2026, the Court granted Defendants' request for an extension of time to file the Letter to March 23, 2026. (Dkt. No. 40). To date, the parties have not filed the Letter. As a one-time courtesy, the Court sua sponte EXTENDS the deadline to file the Letter to **Tuesday, March 31, 2026**.

Dated:        New York, New York
              March 24, 2026

                                                SO ORDERED.


                                                _____
                                                **SARAH L. CAVE**
                                                **United States Magistrate Judge**