UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOHELI SANDOVAL LAYA,

Plaintiff,

-v-

HARVARD MAINTENANCE, INC., et al.,

Defendants.

CIVIL ACTION NO.: 24 Civ. 9615 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic status conference held today, August 12, 2026, another telephone conference to discuss the status of the parties' settlement discussions is scheduled for **September 14, 2026 at 3:00 p.m. ET** on the Court's conference line. The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
August 12, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**