COZEN O'CONNOR

September 14, 2026

**Janice Sued Agresti**
Direct Phone 212-453-3978
Direct Fax 646-588-1558
jagresti@cozen.com

**Via ECF**

Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: Noheli Sandoval Laya v. Harvard Maintenance Inc., et al., No. 1:24-cv-09615-ALC**

Dear Judge Cave:

I represent Defendants in the above-referenced action. Due to an urgent personal health matter involving my family, I respectfully request that the status conference scheduled for today, September 14, 2026, at 3:00 p.m. be adjourned and rescheduled at the Court's convenience. I apologize for the short notice and any inconvenience to the Court and counsel.

I have conferred with Plaintiff's counsel, who consents to this request.

Thank you for the Court's consideration.

Respectfully submitted,

COZEN O'CONNOR

*s/ Janice Sued Agresti*

By: Janice Sued Agresti
Counsel for Defendants

Defendants' request at Dkt. No. 49 is **GRANTED**.

The telephone conference scheduled for September 14, 2026 at 3:00 p.m. ET is **ADJOURNED** to **September 16, 2026 at 2:00 p.m. ET** on the Court's conference line. (Dkt. No. 48). The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

The Clerk of Court is respectfully directed to close Dkt. No. 49.

SO ORDERED. September 14, 2026

SARAH L. CAVE
United States Magistrate Judge