UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOHELI SANDOVAL LAYA,

Plaintiff,

-v-

HARVARD MAINTENANCE, INC., et al.,

Defendants.

CIVIL ACTION NO.: 24 Civ. 9615 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

During the telephonic status conference held September 29, 2026, the parties in this action informed the Court that they reached a settlement in principle. On or before **November 9, 2026**, the parties shall file a stipulation of dismissal.

Dated: New York, New York
October 8, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**